JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE CORINA, III, as Parent and Next of Friend of Minor Child J.C.,<br><br>Plaintiff,<br><br>v.<br><br>RIVERSIDE UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No. 5:23-cv-02272-SPG-DTB<br><br>**JUDGMENT** |

Pursuant to the Order Granting Motion for Summary Judgment as to Plaintiff's Complaint, (ECF No. 50), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered for Defendant on the First Amended Complaint, (ECF No. 17).

DATED:  June 25, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-